1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9                    **WESTERN DIVISION**

10   JOSEPH CHRISTOPHER SEGADE, )          No. EDCV 11-655-DSF (AGR)

11                    Petitioner,   )

12      v.                          )        ORDER ACCEPTING FINDINGS AND
                                    )        RECOMMENDATION OF UNITED
                                    )        STATES MAGISTRATE JUDGE
13   TIMOTHY BUSBY, Warden,         )

14                    Respondent.   )

15   _____)

16          Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Petition, records

17   on file, and the Report and Recommendation of the United States Magistrate Judge.

18   Further, the Court has engaged in a de novo review of those portions of the Report to

19   which Petitioner has objected.  The Court accepts the findings and recommendation

20   of the Magistrate Judge.

21          IT IS ORDERED that Judgment be entered denying the Petition and dismissing

22   this action with prejudice.

23              9/26/11

24   DATED: _____     _____
                                              DALE S. FISCHER
25                                      UNITED STATES DISTRICT JUDGE

26

27

28