# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH CHRISTOPHER SEGADE,<br><br>      Petitioner,<br><br>   v.<br><br>TIMOTHY BUSBY, Warden,<br><br>      Respondent. | No. EDCV 11-655-DSF (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of Magistrate Judge,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 9/26/11

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE